UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ALEC SOYBEL and GALINA KAMINKER, on Behalf of Themselves and Others Similarly Situated,

                          Plaintiffs,

    -against-

THE CITY OF NEW YORK, NEW YORK CITY TAXI & LIMOUSINE COMMISSION, MATTHEW W. DAUS, DAVID YASSKY, MEERA JOSHI, ALAN FROMBERG, CHARLES FRASER, MICHAEL BLOOMBERG, EVGENY FREIDMAN, VLADIMIR BASIN, and MAMED DZHANIYEV,

                          Defendants.
-----------------------------------------------------------------------------X

Dkt. No.:
21 Civ. 01846 (CBA) (MMH)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.2, and upon the accompanying Memorandum of Law submitted in support thereof, and all of the prior pleadings, proceedings and papers heretofore had herein, Plaintiffs ALEC SOYBEL and GALINA KAMINKER (collectively "Plaintiffs"), will move this Court at the United States Courthouse, 225 Cadman Plaza E, Brooklyn, New York 11201, on August 16, 2021, at 9:00 a.m., for an Order granting Plaintiffs' default judgment against Defendant EVGENY FREIDMAN ("Defendant Freidman" or "Defendant"), based on Defendant's failure to appear or otherwise answer within the deadlines required by Fed. R. Civ. P. 12, and for such other and further relief as the Court may deem just and proper.

A Memorandum of Law in support of this motion, , a copy of the Clerk's Certificate of Default, a copy of Plaintiffs' letter to Defendant Freidman enclosing the Clerk's Certificate of Default, and a proposed Order granting Default Judgment are attached hereto.

Dated: New York, New York
        August 6, 2021

Respectfully Submitted,

**JON L. NORINSBERG, ESQ., PLLC**

_____
Jon L. Norinsberg, Esq.
*Attorney for Plaintiff*
110 East 59th Street, Suite 3200
New York, New York 10022
Telephone No.: (212) 791-5396

**COHEN & FITCH, LLP**

_____/s/_____
Joshua P. Fitch, Esq.
Gerald M. Cohen, Esq.
*Co-Attorneys for Plaintiffs*
110 E. 59th Street, Suite 3200
New York, New York 10022
Telephone No.: (212) 374-9115